## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tonya J. Smith,
     Plaintiff

v.                          Case No.  1:12-cv-341

Linda D. Smith, et al.,
     Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 18, 2013 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   This case is dismissed for want of prosecution and for failure to obey an Order of the Court.

Date: May 13, 2013

                                             s/Sandra S. Beckwith
                                             Sandra S. Beckwith, Senior Judge
                                             United States District Court